**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**LAURLIN NORMAN**                                                                      **PLAINTIFF**

**V.**                                                                      **NO. 3:22-CV-269-DMB-RP**

**DONNELL LEE WILLIAMS;
and T & T FARMS, INC.**                                                                      **DEFENDANTS**

## <u>JUDGMENT</u>

In accordance with the order entered this day, this case is **DISMISSED with prejudice**.

**SO ORDERED**, this 18th day of August, 2023.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**